UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SOL DAVID VECCHIO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:17-CV-01501 |
| | ) CHIEF JUDGE CRENSHAW |
| SHAWN JENSEN, | ) ) |
| Defendant. | ) |

## ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge, recommending that this action be dismissed for failure to prosecute. (Doc. No. 12.) On January 24, 2018, the Court granted Plaintiff's Application to Proceed In Forma Pauperis, ordered that his claims against Shawn Jensen may proceed, and ordered that Plaintiff return the service packet to the Clerk's Office so that Jensen may be served. (Doc. No. 9.) When Plaintiff failed to timely return the service packet to the Clerks' Office, on April 12, 2018, the Magistrate Judge issued an Order to Show Cause for why this action should not be dismissed. Plaintiff did not respond to the Order to Show Cause or the Report and Recommendation.

Accordingly, the Report and Recommendation (Doc. No. 12) is **ADOPTED**. The Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to serve, pursuant to Federal Rule of Civil Procedure 4(m). The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE